# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RALPH M. BAILETS | : | No. 126 MAP 2016 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Commonwealth Court at No. 265 MD |
| | : | 2009 dated December 1, 2016. |
| | : | |
| PENNSYLVANIA TURNPIKE | : | |
| COMMISSION, ANTHONY Q. MAUN, | : | |
| (DIRECTOR OF ACCOUNTING), AND | : | |
| NIKOLAUS H. GRIESHABER, (CHIEF | : | |
| FINANCIAL OFFICER) | : | |
| | : | |
| | : | |
| APPEAL OF:  PENNSYLVANIA | : | |
| TURNPIKE COMMISSION | : | |
| | | |
| RALPH M. BAILETS | : | No. 23 MAP 2017 |
| | : | |
| | : | Appeal from the Commonwealth Court |
| v. | : | Order dated April 26, 2017 at No. 265 |
| | : | MD 2009. |
| | : | |
| PENNSYLVANIA TURNPIKE | : | |
| COMMISSION, ANTHONY Q. MAUN, | : | |
| (DIRECTOR OF ACCOUNTING), AND | : | |
| NIKOLAUS H. GRIESHABER, (CHIEF | : | |
| FINANCIAL OFFICER) | : | |
| | : | |
| | : | |
| APPEAL OF: PENNSYLVANIA | : | |
| TURNPIKE COMMISSION | : | |

## ORDER

**PER CURIAM**

   **AND NOW,** this 23rd day of August, 2017, oral argument is **GRANTED**, **LIMITED**

to the following issue raised in the appeal docketed at 126 MAP 2016, as phrased by

appellant:

"Was the award of $1.6 million in 'non-economic damages' proper where the Whistleblower Law does not permit such damages and where the amount of non-economic damages awarded was arbitrary, excessive, and lacking in any rational basis in the record?"

The Commonwealth Court's order is **AFFIRMED** in all other respects. The appeal and ancillary petition at 23 MAP 2017 are **DISMISSED** as **MOOT**.